AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Rodney Stokes | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    3:20-cv-02221-DCN |
| China's National Health Commission | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge West is **AFFIRMED**, and the case  is **DISMISSED** without prejudice and without issuance and service of process. The motion to amend filings (#13)  is **DEEMED MOOT**.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C, Norton, United States District Judge

Date:    July 13, 2020                    *CLERK OF COURT*

s/John P. Bryan, Jr.
_____
*Signature of Clerk or Deputy Clerk*